IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN, and
MATT WOODEN,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HSBC MORTGAGES SERVICES, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Amend Case Management Scheduling Order for Class Certification to Extend Deadline for Expert Disclosures (Docket No. 39) is GRANTED.  The Scheduling Order for Class Certification (Docket No. 30) is amended as follows: (1) plaintiffs' Class Certification Expert Witness Disclosures shall be due on May 6, 2013, in conjunction with plaintiff's Motion for Class Certification; (2) defendants' Class Certification Expert Reports shall be due on May 27, 2013, in conjunction with defendants' Opposition to Motion for Class Certification; and (3) plaintiffs' Rebuttal Class Certification Expert Reports shall be due on June 10, 2013, in conjunction with plaintiffs' Reply in Support of Motion for Class Certification.

Date: April 11, 2013