**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Michael J. Watanabe**

Civil Action No.    13-cv-00185-REB-MJW          FTR - Courtroom A-502

**Date:**  April 26, 2013                         Courtroom Deputy, Ellen E. Miller

_Parties_                                         _Counsel_

JACK WELLER,                                      Peter A. Muhic
GLADYS WOODEN, and
MATT WOODEN,
individually and on behalf of all others similarly
situated,

     Plaintiff(s),

v.

HSBC MORTGAGES SERVICES, INC.,                    W. Glenn  Merten
ASSURANT, INC.,                                   Terence M. Ridley
AMERICAN SECURITY INSURANCE COMPANY,              Catherine Huang
and
JOHN DOES 1-10,

     Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:    TELEPHONIC  MOTION  HEARING**
**Court in session:**  10:11 a.m.
Court calls case.  Appearances of counsel.

The Court raises plaintiffs' Stipulated Motion to Revise Class Certification Briefing Schedule
for discussion.

**It is ORDERED:**       Plaintiffs' STIPULATED MOTION TO REVISE CLASS CERTIFICATION
                         BRIEFING SCHEDULE [Docket No. **42**, filed April 24, 2013] is **DENIED**
                         **WITHOUT PREJUDICE** for reasons as set forth on the record.

HEARING CONCLUDES.

**Court in recess:**  10:14 a.m.
Total In-Court Time:  00:03

To order a transcript of this proceedings, contact  Avery Woods Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.