**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN, and
MATT WOODEN, individually and on behalf of all others similarly situated,

     Plaintiffs,
v.

HSBC MORTGAGES SERVICES, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Stipulated Motion To Vacate Dates For Final Pretrial Conference and Trial** [#46] filed April 29, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Vacate Dates For Final Pretrial Conference and Trial** [#46] filed April 29, 2013, is **GRANTED**;

2.  That the Final Pretrial Conference and Trial Preparation Conference set for September 27, 2013, and the jury trial set to commence October 21, 2013, are **VACATED** and are **CONTINUED** pending further order of court; and

3.  That the parties shall file a status report with the court when and if the other extant pretrial deadlines are vacated.  The court at that time will issue another minute order setting this matter for a telephonic setting conference to reset the Final Pretrial Conference, Trial Preparation Conference and jury trial.

Dated:  April 29, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.