IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN, and
MATT WOODEN,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HSBC MORTGAGES SERVICES, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Stipulated Motion to Revise Scheduling Order (Docket No. 48) is GRANTED for good cause shown. The Scheduling Order (Docket No. 30) is amended so as to incorporate the proposed deadlines set forth on pages 3 and 4 of the subject motion.

Date: April 30, 2013