**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN, and
MATT WOODEN, individually and on behalf of all others similarly situated,

     Plaintiffs,
v.

HSBC MORTGAGES SERVICES, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on the **Stipulated Motion To Revise Motion To Compel Briefing Schedule** [#58] filed May 28, 2013. The motion is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted in part to the extent that plaintiff may have until **June 21, 2013**, in which to file a response. No good cause has been shown for an extension of the reply deadline, therefore, the motion is denied to that extent.

     Dated: May 28, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.