IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN, and
MATT WOODEN,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HSBC MORTGAGES SERVICES, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that HSBC's Unopposed Motion for Leave to File Supplemental Authority in Support of Motion to Dismiss (Docket No. 89) is GRANTED. The court will consider the supplemental authority (Docket No. 89-1) in connection with the pending Motion to Dismiss (Docket No. 33).

Date: October 16, 2013