IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN, and
MATT WOODEN,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HSBC MORTGAGES SERVICES, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Stay the Proceedings Pending Mediation (Docket No. 110) is GRANTED for good cause shown. This case is STAYED pending further order of the court. The parties shall submit a joint status report on or before February 19, 2014, and every thirty days thereafter.

Date: January 15, 2014