# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-00185-REB-MJW

JACK WELLER,
GLADYS WOODEN,
MATT WOODEN,
JAMES HOOVER,
KIMBERLY HOOVER, and
DAVID MINCEL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

HSBC FINANCE CORPORATION,
HSBC MORTGAGE SERVICES, INC.,
HSBC BANK USA, N.A.,
HSBC MORTGAGE CORPORATION (USA),
HSBC CONSUMER LENDING (USA) INC.,
BENEFICIAL COMPANY LLC,
BENEFICIAL FINANCIAL I INC.,
HFC COMPANY LLC,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY,
STANDARD GUARANTY INSURANCE COMPANY,
VOYAGER INDEMNITY INSURANCE COMPANY, and
JOHN DOES 1-10,

    Defendants.

## ORDER DISMISSING CLAIMS

**Blackburn, J.**

    The matter is before me on **Plaintiff Jack Weller's Stipulation of Voluntary Dismissal With Prejudice** [#157],[1] filed May 5, 2015. After careful review of the motion

---

[1] "[#157]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and the file, I conclude that the stipulation should be approved and that the claims of plaintiff, Jack Weller, against the defendants should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Jack Weller's Stipulation of Voluntary Dismissal With Prejudice** [#157], filed May 5, 2015, is approved;

2. That the claims asserted on behalf of plaintiff Jack Weller, only, against those defendants who have appeared in this action, HSBC Finance Corporation; HSBC Mortgage Services, Inc.; HSBC Bank USA, N.A.; HSBC Mortgage Corporation (USA); HSBC Consumer Lending (USA) Inc.; Beneficial Company LLC; Beneficial Financial I Inc.; HFC Company LLC, Assurant, Inc.; American Security Insurance Company; Standard Guaranty Insurance Company; and Voyager Indemnity Insurance Company, are dismissed with prejudice;

3. That the claims asserted on behalf of plaintiff Jack Weller, only, against the unnamed John Does 1-10 are dismissed with prejudice; and

4. That plaintiff Jack Weller is dropped as a party to this action, and the caption shall be amended accordingly.

Dated May 6, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge