IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-00185-REB-MJW

GLADYS WOODEN,
MATT WOODEN,
JAMES HOOVER,
KIMBERLY HOOVER, and
DAVID MINCEL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

HSBC FINANCE CORPORATION,
HSBC MORTGAGE SERVICES INC,
HSBC BANK USA NA,
HSBC MORTGAGE CORPORATION (USA),
HSBC CONSUMER LENDING (USA) INC,
BENEFICIAL COMPANY LLC,
BENEFICIAL FINANCIAL I INC,
HFC COMPANY LLC,
ASSURANT INC,
AMERICAN SECURITY INSURANCE CO,
STANDARD GUARANTY INSURANCE COMPANY,
VOYAGER INDEMNITY INSURANCE, and
JOHN DOES 1-10,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation of Judge Robert E. Blackburn entered on October 19, 2015 it is

    ORDERED that Plaintiffs' Unopposed Motion for Final Approval of Class Action

Settlement, Certification of Settlement Class, Approval of Plan of Allocation and Memorandum in Support Thereof is GRANTED.  It is

FURTHER ORDERED that final judgment with prejudice is hereby entered in favor of defendants HSBC Finance Corporation, HSBC Mortgage Services Inc, HSBC Bank USA NA, HSBC Mortgage Corporation (USA), HSBC Consumer Lending (USA) Inc, Beneficial Company LLC, Beneficial Financial I Inc, HFC Company LLC, Assurant Inc, American Security Insurance Co, Standard Guaranty Insurance Company, and Voyager Indemnity Insurance and against plaintiffs Gladys Wooden, Matt Wooden, James Hoover, Kimberly Hoover, and David Mincel and all Settlement Class members on the terms set forth in the order.  It is

FURTHER ORDERED that this action, including all individual claims and class claims presented herein, is hereby dismissed on the merits and with prejudice against plaintiffs and all other Settlement Class Members, without fees or costs to any party except as otherwise provided in the order.

DATED at Denver, Colorado this   20th   day of October, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk

2